FILED
SEP 0 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA  '08 MJ 8806

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Genaro MOLINA-Bernal, ) | Importation of a Controlled Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about September 2, 2008, within the Southern District of California, defendant Genaro MOLINA-Bernal did knowingly and intentionally import approximately 28.38 kilograms (62.43 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Paul Lewenthal, Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4TH, DAY OF SEPTEMBER 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
        v.
Genaro MOLINA-Bernal

## STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Paul Lewenthal.

On September 2, 2008, at approximately 1250 hours, Genaro MOLINA-Bernal attempted to enter into the United States at the Calexico, California, West Port of Entry, from the Republic of Mexico. MOLINA was the driver and sole occupant of a 1987 Toyota pick-up truck.

During pre-primary operations, Customs and Border Protection Canine Officer J. Jones was utilizing his canine CE-89 when he came upon MOLINA's vehicle. CE-89 alerted to the gas tank of the vehicle. Customs and Border Protection (CBP) Officer M. Hernandez was advised of the canine's alert and MOLINA was removed from the vehicle. The vehicle was driven to secondary inspection where CBP Officer Hernandez inspected the vehicle.

CBP Officer Hernandez used a fiber optic scope to see inside the gas tank. CBP Officer Hernandez saw a non-factory piece of sheet metal and markings inside the gas tank. A contractor was called to remove the gas tank.

Further inspection of the gas tank revealed a package once the sending unit was removed from on top of the gas tank. CBP Officer Hernandez discovered and removed a total of fourteen (14) packages from the gas tank compartment. CBP Officer Hernandez probed a package revealing a green leafy substance, which tested

positive for marijuana. The total weight of the marijuana packages was 28.38 kilograms.

MOLINA was arrested for importation of marijuana into the United States. MOLINA was advised of his rights in Spanish by Special Agent P. Lewenthal. MOLINA stated he understood his rights and agreed to answer questions. MOLINA stated he knew he was smuggling something illegal into the United States, believing it was marijuana. MOLINA stated he was going to be paid $300 to smuggle the marijuana to Calexico, California.

MOLINA was transported to the Imperial County Jail to await his Initial Appearance before a U. S. Magistrate Judge in El Centro, California.